✎JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)                                                                    4

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**         **Category No.**  II          **Investigating Agency**  DEA

**City**   Lynn                       **Related Case Information:**

**County**   Essex                   Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                                     Same Defendant    x          New Defendant
                                     Magistrate Judge Case Number   M 04-1732- CBS
                                     Search Warrant Case Number   04 M 1720- to 1730, 04-M 1738
                                     R 20/R 40 from District of

**Defendant Information:**

Defendant Name   RICARDO MANUEL ESTRADA          Juvenile:       ☐ Yes    X  No

Alias Name

Address

Birthdate: _____ SS # _____ Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**      Eliot Weinstein, Esq.          Address  228 Lewis Wharf

Bar Number                                                  617-367-9334

**U.S. Attorney Information:**

AUSA   Neil Gallagher                        Bar Number if applicable

**Interpreter:**        X  Yes      No        List language and/or dialect:      Spanish

**Matter to be SEALED:**        Yes   X    No

        Warrant Requested        ☐ Regular Process        X  In Custody

**Location Status:**

Arrest Date

X  Already in Federal Custody as of                              Wyatt Detention, Central Falls, RI   .
☐  Already in State Custody at                    ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:                        on

**Charging Document:**        Complaint      ☐ Information      X  Indictment

**Total # of Counts:**      ☐ Petty          ☐ Misdemeanor          X Felony      2

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05          Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO MANUEL ESTRADA

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45-lestradawpd.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet

### U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  DEA

**City**  Lynn

**County**  Essex          **Related Case Information:**

Superseding Ind./ Inf.  X          Case No.  04-10299 PBS
Same Defendant          New Defendant
Magistrate Judge Case Number  04-M-1685 CBS
Search Warrant Case Number  04-M-1720-to-1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  ANDRES MARTINEZ-ACEVEZ          Juvenile:  ☐ Yes  X No

Alias Name  "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

Address

Birthdate:          SS #  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  Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**    John Cicilline, Esq.          Address  381 Atwells Ave., Providence, RI

Bar Number

**U.S. Attorney Information:**

AUSA  Neil Gallagher          Bar Number if applicable

**Interpreter:**    X Yes    No          List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes  X  No

          Warrant Requested          ☐ Regular Process          X  In Custody

**Location Status:**

Arrest Date  5/1/2004

X Already in Federal Custody as of          in  Wyatt Detention, Central Falls, RI  .
☐ Already in State Custody at          ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:          on

**Charging Document:**    Complaint    ☐ Information          X Indictment

**Total # of Counts:**    ☐ Petty          ☐ Misdemeanor          X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  10/5/04  3/23/05          Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  ANDRES MARTINEZ-ACEVEZ, a/k/a "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**          Category No.  II          **Investigating Agency**   DEA

**City**   Lynn                     **Related Case Information:**

**County**   Essex                  Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                                    Same Defendant   x          New Defendant
                                    Magistrate Judge Case Number   04-M-1685 CBS
                                    Search Warrant Case Number   04-M-1720 to 1730
                                    R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JOSE ROSALES                     Juvenile:    ☐ Yes    X No

Alias Name   TONY  AKA TONO  AKA JOEL AGOSTINI AKA JOSE ABREU

Address   88 NEWARK ST, LYNN MA

Birthdate: 5/10/76    SS # 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  Sex:  MALE  Race: Hispanic          Nationalit  Mexican

**Defense Counsel if known:**   Raymond A. O'Hara, Esq.          Address 1 Exchange Place., Worcester, MA

Bar Number

**U.S. Attorney Information:**

AUSA                                         Bar Number if applicable

**Interpreter:**    X Yes    No          List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes  X   No

          Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date          5/1/04

X  Already in Federal Custody as of          in   Wyatt Detention, Central Falls, RI .
☐  Already in State Custody at          ☐ Serving Sentence          ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:          on

**Charging Document:**    Complaint    ☐ Information          X Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    X☐ Felony — 4 —

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   3/23/05          Signature of AUSA:

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSE ROSALES, a/k/a "Tony"; "Tono"; "Joel Agostini"; "Jose Abreu"

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.**  II _____          **Investigating Agency**  DEA _____

**City**  Lynn _____          **Related Case Information:**

**County**  Essex _____       Superseding Ind./ Inf.  X _____          Case No.  04-10299 PBS
                               Same Defendant  x _____          New Defendant _____
                               Magistrate Judge Case Number      04-M-1685 CBS
                               Search Warrant Case Number      04-M-1720 to 1730
                               R 20/R 40 from District of _____

### Defendant Information:

Defendant Name  VALENTIN MARTINEZ _____          Juvenile:     ☐ Yes    X No

Alias Name  VALENTIN RIVERA AKA V AKA VALE _____

Address  108 JOHNSON STREET, LYNN, MA _____

Birthdate:  12/20/69 ___  SS #  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 ___  Sex:  MALE ___  Race:  Hispanic _____  Nationalit  Mexican _____

**Defense Counsel if known:**          Ronald Ian Segal, Esq.          Address  23 Central Ave., Lynn, MA _____

Bar Number  _____

### U.S. Attorney Information:

AUSA  Neil Gallagher _____          Bar Number if applicable  _____

**Interpreter:**     X Yes    X No          List language and/or dialect:          Spanish _____

**Matter to be SEALED:**          Yes   X  No

          Warrant Requested          ☐ Regular Process          x In Custody

**Location Status:**

Arrest Date          5/1/04 _____

x  Already in Federal Custody as of _____  in  Wyatt Detention, Central Falls, RI ___ .
☐  Already in State Custody at _____  ☐ Serving Sentence     ☐ Awaiting Trial
☐  On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**          ☐ Petty ———          ☐ Misdemeanor ———          X☐ Felony —— 3 ——

Continue on Page 2 for Entry of U.S.C. Citations

          I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
          accurately set forth above.

Date:  3/23/05 _____          Signature of AUSA:  _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    VALENTIN MARTINEZ AKA VALENTIN RIVERA; V; VALE

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3  18 USC 924 | POSS. OF FIREARM | 7 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA                Category No. _____    Investigating Agency  DEA/MSP

City  Lynn/Peabody                **Related Case Information:**

County    Essex                Superseding Ind./ Inf.    X            Case No.    04-10299-PBS
                              Same Defendant    x            New Defendant _____
                              Magistrate Judge Case Number    04-m-1685-CBS
                              Search Warrant Case Number    04-m-1720 to 1730
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   MANUEL GERMOSEN                Juvenile    ☐ Yes    ☒ No

Alias Name    Kelvin Madera, Manolo

Address

Birth date (Year only): _____ SSN (last 4 #): _____ Sex  M  Race:    Hispanic      Nationality:  Dom Rep

**Defense Counsel if known:**    Steven Judge            **Address:**  23 Central Ave., #605
                                                                      Lynn, MA 01902
**Bar Number:**

**U.S. Attorney Information:**

AUSA  Neil Gallagher                    Bar Number if applicable _____

Interpreter:    ☒ Yes  ☐ No        List language and/or dialect:    Spanish

Matter to be SEALED:    ☐ Yes    ☒ No

        ☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:**

☒ Already in Federal Custody as   May 1, 2005        in    Plymouth County            .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____    on

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date: 3/23/05        Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    MANUEL GERMOSEN

**U.S.C. Citations**

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

☜JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                  **U.S. District Court - District of Massachusetts**

**Place of Offense:**            **Category No.** __II__            **Investigating Agency** __DEA__

**City** __Lynn__                  **Related Case Information:**

**County** __Essex__               Superseding Ind./ Inf. __X__                Case No. __04-10299 PBS__
                                   Same Defendant __X__           New Defendant _____
                                   Magistrate Judge Case Number __04-M-1685 CBS__
                                   Search Warrant Case Number __04-M-1720 to 1730__
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ABDALLAH HAMDAN__            Juvenile:    ☐ Yes    X No

Alias Name _____

Address __10 ROOSEVELT ST METHUEN MA__

Birthdate: __1/17/76__    SS # __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__  Sex: __MALE__  Race: __Arabic__        Nationalit __Palestinian__

**Defense Counsel if known:**    Melvin Norris, Esq.        Address __260 Boston Post Rd., Wayland, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__                  Bar Number if applicable _____

**Interpreter:**    ☐ Yes    X No        List language and/or dialect: _____

**Matter to be SEALED:**        Yes  X    No

        Warrant Requested        ☐ Regular Process        X  In Custody

**Location Status:**

Arrest Date        __5/1/04__

X  Already in Federal Custody as of _____ in  __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**        Complaint        ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☐ X Felony ——4——

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: __3/23/05__            Signature of AUSA: _____

JS 45  (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   ABDALLAH HAMDAN _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____ **U.S. District Court - District of Massachusetts**

**Place of Offense:** _MA_____ **Category No.** _____ **Investigating Agency** _DEA/MSP_____

**City** _Lynn/Peabody_____ **Related Case Information:**

**County** _Essex_____  Superseding Ind./ Inf. _X_____ Case No. _04-10299-PBS_
                              Same Defendant _x_____ New Defendant _____
                              Magistrate Judge Case Number _04-m-1685-CBS_____
                              Search Warrant Case Number _04-m-1720 to 1730____
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _RICARDO MARTINEZ_____ Juvenile ☐ Yes ☒ No

Alias Name _Chorizo, Chon_____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: _Hispanic____ Nationality: _Dom Rep_____

**Defense Counsel if known:** _____ **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil Gallagher_____ **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No  **List language and/or dialect:** _Spanish_____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**     ☐ **Regular Process**     ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____.
☐ **Already in State Custody** _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ **On Pretrial Release:** Ordered by _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony _1 count___

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

**Date:** _3/23/05_     **Signature of AUSA:** _____

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant     RICARDO MARTINEZ** _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA                Category No.                Investigating Agency  DEA/MSP

City   Lynn/Peabody                **Related Case Information:**

County    Essex                Superseding Ind./ Inf.    X            Case No.     04-10299-PBS
                              Same Defendant      x            New Defendant
                              Magistrate Judge Case Number      04-m-1685-CBS
                              Search Warrant Case Number      04-m-1720 to 1730
                              R 20/R 40 from District of

**Defendant Information:**

Defendant Name   HOWARD GREENBERG                Juvenile     ☐ Yes     ☒ No

Alias Name

Address

Birth date (Year only):        SSN (last 4 #):        Sex  M  Race:    Caucasian    Nationality:  US

**Defense Counsel if known:**    Roger Witkin            **Address:**  6 Beacon Street, Ste 1010
                                                        Boston, MA 02108
**Bar Number:**

**U.S. Attorney Information:**

AUSA   Neil Gallagher                Bar Number if applicable

Interpreter:      ☐ Yes ☐ No        List language and/or dialect:      Spanish

Matter to be SEALED:      ☐ Yes    ☒ No

    ☐ Warrant Requested            ☐ Regular Process            ☐ In Custody

**Location Status:**

**Arrest Date:**

☐ Already in Federal Custody as                    in                                    .
☐ Already in State Custody                    ☐ Serving Sentence    ☐ Awaiting Trial
☒ On Pretrial Release:    Ordered by  MJ Swartwood        on    May 2004

**Charging Document:**      ☐ Complaint        ☐ Information        ☒ Indictment

**Total # of Counts:**      ☐ Petty            ☐ Misdemeanor        ☒ Felony    1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date: 3/23/05        Signature of AUSA:

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    HOWARD GREENBERG _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA                Category No. _____    Investigating Agency  DEA/MSP

City   Lynn/Peabody                    **Related Case Information:**

County    Essex                    Superseding Ind./ Inf.    X                Case No.    04-10299-PBS
                                   Same Defendant      x            New Defendant
                                   Magistrate Judge Case Number      04-m-1685-CBS
                                   Search Warrant Case Number      04-m-1720 to 1730
                                   R 20/R 40 from District of

**Defendant Information:**

Defendant Name   EDGAR HOFFENS                    Juvenile    ☐ Yes    ☒ No

Alias Name   Carlos Colon Rivera, Tigueron

Address

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:  Caucasian    Nationality:  US

**Defense Counsel if known:**    John Wall            **Address:**  1 Commercial Wharf West
                                                     Boston, MA 02110
**Bar Number:**

**U.S. Attorney Information:**

AUSA  Neil Gallagher                    Bar Number if applicable

Interpreter:    ☒ Yes  ☐ No        List language and/or dialect:      Spanish

Matter to be SEALED:    ☐ Yes  ☒ No

    ☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:**

☒ Already in Federal Custody as _____  in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____  on

**Charging Document:**    ☐ Complaint        ☐ Information        ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: 3/23/05            Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    <u>**EDGAR HOFFENS**</u>

U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  <u>21 U.S.C. Sec. 846</u> | <u>Conspiracy to Distribute 5 Kg of Cocaine</u> | <u>Count One</u> |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    **Category No.**  II_____    **Investigating Agency**  DEA_____

**City**    Lynn_____                    **Related Case Information:**

**County**    Essex_____            Superseding Ind./ Inf.    X_____      Case No.    04-10299 PBS
                                                            Same Defendant    X_____      New Defendant_____
                                                            Magistrate Judge Case Number    04-M-1685 CBS
                                                            Search Warrant Case Number    04-M-1720 to 1730
                                                            R 20/R 40 from District of_____

**Defendant Information:**

Defendant Name    ROGELIO GARCIA_____    Juvenile:    ☐ Yes    X No

Alias Name    LACUILLA AKA LACUILLA AKA LACUIJI AKA EL JAROCHO AKA LA COLADERA

Address    85 WALNUT AVE., REVERE, MA

Birthdate:  7/15/80____    SS #  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    Sex:  MALE    Race:  Hispanic_____    Nationalit  USA

**Defense Counsel if known:**    James H. Budreau, Esq._____    Address  20 Park Plaza, Boston, MA

Bar Number_____

**U.S. Attorney Information:**

AUSA    Neil Gallagher_____    Bar Number if applicable_____

**Interpreter:**    ☐ Yes    X No    List language and/or dialect:_____

**Matter to be SEALED:**    Yes    X    No

        Warrant Requested    X☐ Regular Process    In Custody

**Location Status:**

Arrest Date_____

    Already in Federal Custody as of_____ in_____ .
☐ Already in State Custody at ————————— ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:    Ordered by:  Mag. Judge Swartwood____    on_____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ————    ☐ Misdemeanor ————    ☐ X Felony —— 2 ——

Continue on Page 2 for Entry of U.S.C. Citations

    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:  3/23/05_____    Signature of AUSA:_____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ROGELIO GARCIA _____

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-garcia.wpd - 2/7/02

*14*

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  __MA__                    **Category No.** _____    **Investigating Agency** __DEA/MSP__

**City** __Lynn/Peabody__                    **Related Case Information:**

**County** __Essex__                    Superseding Ind./ Inf. __X__                    Case No. __04-10299-PBS__
                    Same Defendant __x__            New Defendant _____
                    Magistrate Judge Case Number __04-m-1685-CBS__
                    Search Warrant Case Number __04-m-1720 to 1730__
                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JAVIER ANGEL ROMERO__                    Juvenile    ☐ Yes    ☒ No

Alias Name __Ramon Acosta, the Singer__

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Hispanic__    Nationality: _____

**Defense Counsel if known:**    **Ray Buso**                    **Address:** __15 Church Street__
                                                                    __Salem, MA 01970__
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__                    **Bar Number if applicable** _____

**Interpreter:**    ☒ Yes  ☐ No        **List language and/or dialect:**    __Spanish__

**Matter to be SEALED:**    ☐ Yes    ☒ No

        ☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _3/23/05_                    **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     JAVIER ANGEL ROMERO _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** MA     **Category No.** _____     **Investigating Agency** DEA/MSP

**City** Lynn/Peabody     **Related Case Information:**

**County** Essex     Superseding Ind./ Inf.   X     Case No.   04-10299-PBS
Same Defendant   x     New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   CHRISTIAN GERMOSEN     Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex M Race: Hispanic Nationality: Dom. Rep.

**Defense Counsel if known:**   **Michael Hickey**     **Address:** **15 Church Street**
**Salem, MA 01970**

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil Gallagher     **Bar Number if applicable** _____

Interpreter:   ☒ Yes   ☐ No     List language and/or dialect:   Spanish

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint     ☐ Information     ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05     Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    CHRISTIAN GERMOSEN

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**  MA _____    **Category No.** _____    **Investigating Agency**  DEA/MSP _____

**City**  Lynn/Peabody _____    **Related Case Information:**

**County**    Essex _____
Superseding Ind./ Inf.    X _____    Case No.    04-10299-PBS
Same Defendant    x _____    New Defendant _____
Magistrate Judge Case Number    04-m-1685-CBS _____
Search Warrant Case Number    04-m-1720 to 1730 _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  JUAN MARTINEZ _____    Juvenile    ☐ Yes    ☒ No

Alias Name    Juan Eustate _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex  M  Race:   Hispanic _____ Nationality:  Mexican _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   Neil Gallagher _____    **Bar Number if applicable** _____

**Interpreter:**    ☒ Yes  ☐ No    **List language and/or dialect:**    Spanish _____

**Matter to be SEALED:**    ☐ Yes    ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:**    **FUGITIVE** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    1 count _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** 3/23/05    **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**   **JUAN MARTINEZ** _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**         **U.S. District Court - District of Massachusetts**

Place of Offense: __MA__      Category No. _____     Investigating Agency __DEA/MSP__

City __Lynn/Peabody__        **Related Case Information:**

County    __Essex__          Superseding Ind./ Inf. __X__        Case No. __04-10299-PBS__
                           Same Defendant    __x__        New Defendant _____
                           Magistrate Judge Case Number    __04-m-1685-CBS__
                           Search Warrant Case Number    __04-m-1720 to 1730__
                           R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __GERARDO VASSUER ORTIZ__       Juvenile    ☐ Yes    ☒ No

Alias Name    __Scarface__

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: __Hispanic__ Nationality: __Mexican__

**Defense Counsel if known:**    **Richard Welsh**       Address: __80 Worchester St., Ste 5__
                                                 __North Grafton MA, 01536__
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher__        **Bar Number if applicable** _____

Interpreter:    ☒ Yes ☐ No      **List language and/or dialect:**    __Spanish__

**Matter to be SEALED:**    ☐ Yes   ☒ No

     ☐ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____ **on** _____

**Charging Document:**    ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony   __1 count__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _3/23/05_      Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    GERARDO VASSUER ORTIZ _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA__      **Category No.** _____    **Investigating Agency** __DEA/MSP__

**City** __Lynn/Peabody__      **Related Case Information:**

**County** __Essex__      Superseding Ind./ Inf. __X__     Case No. __04-10299-PBS__
            Same Defendant   __x__      New Defendant _____
            Magistrate Judge Case Number   __04-m-1685-CBS__
            Search Warrant Case Number   __04-m-1720 to 1730__
            R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __PHIL ASARO__      Juvenile   [ ] Yes   [X] No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Caucasian__ Nationality: _____

**Defense Counsel if known:**    **Kirk Griffin**      **Address:** **50 Standford Street**
                                         **Boston, MA 02114**

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher__      **Bar Number if applicable** _____

**Interpreter:** [ ] Yes [x] No      **List language and/or dialect:** _____

**Matter to be SEALED:** [ ] Yes [x] No

     [ ] **Warrant Requested**      [ ] **Regular Process**      [ ] **In Custody**

**Location Status:**

**Arrest Date:** _____

[ ] **Already in Federal Custody as** _____ **in** _____ .
[ ] **Already in State Custody** _____ [ ] **Serving Sentence** [ ] **Awaiting Trial**
[x] **On Pretrial Release:**   **Ordered by** __MJ Swartwood__   **on**   __May 2004__

**Charging Document:**    [ ] **Complaint**    [ ] **Information**    [x] **Indictment**

**Total # of Counts:**    [ ] **Petty** _____ [ ] **Misdemeanor** _____ [x] **Felony** __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

[x]    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** __3/23/05__      **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     <u>PHIL ASARO</u> _____

## U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   <u>21 U.S.C. Sec. 846</u> | <u>Conspiracy to Distribute 5 Kg of Cocaine</u> | <u>Count One</u> |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  __MA__                Category No. _____    **Investigating Agency**  __DEA/MSP__

City  __Lynn/Peabody__                    **Related Case Information:**

County   __Essex__                        Superseding Ind./ Inf.  __X__                Case No.    __04-10299-PBS__
                                          Same Defendant    __x__            New Defendant _____
                                          Magistrate Judge Case Number    __04-m-1685-CBS__
                                          Search Warrant Case Number    __04-m-1720 to 1730__
                                          R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  __SILVESTRE LIZARDI__                    Juvenile    ☐ Yes    ☒ No

Alias Name    _____

Address    _____

Birth date (Year only):  _____  SSN (last 4 #):  _____  Sex  __M__  Race:  __Hispanic__    Nationality: _____

Defense Counsel if known:    **Michael Sneider**        Address:  **95 Commercial Wharf**
                                                                  **Boston, MA 2110**
**Bar Number:**    _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher__                    **Bar Number if applicable**    _____

Interpreter:    ☒ Yes  ☐ No        List language and/or dialect:    __Spanish__

Matter to be SEALED:    ☐ Yes    ☒ No

        ☐ **Warrant Requested**            ☐ **Regular Process**            ☐ **In Custody**

**Location Status:**

**Arrest Date:**    _____

☒ **Already in Federal Custody as**  _____  **in**  _____.
☐ **Already in State Custody**  _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**    Ordered by  __MJ Swartwood__    on    __May 2004__

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____    ☐ **Misdemeanor** _____    ☒ **Felony**  __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:**  __3/23/05__        Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    SILVESTRE LIZARDI _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**    Category No.  II    **Investigating Agency**  DEA

**City**  Lynn

**Related Case Information:**

**County**  Essex

Superseding Ind./ Inf.  X    Case No.  04-10299 PBS
Same Defendant  x    New Defendant
Magistrate Judge Case Number    04-M-1685 CBS
Search Warrant Case Number    04-M-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  ROBERT V. RUSCIO    Juvenile:  ☐ Yes    X No

Alias Name

Address  286 NEWBURY ST., PEABODY, MA

Birthdate: 7/15/51    SS # 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  Sex: MALE  Race: White    Nationalit  USA

**Defense Counsel if known:**    Edward L. Hayden, Esq.    Address  7 Franklin St., Lynn, MA

Bar Number

**U.S. Attorney Information:**

AUSA  Neil Gallagher    Bar Number if applicable

**Interpreter:**  ☐ Yes    X No    List language and/or dialect:

**Matter to be SEALED:**    Yes  X    No

\ Warrant Requested    X☐ Regular Process    In Custody

**Location Status:**

Arrest Date

Already in Federal Custody as of    in    .
☐ Already in State Custody at    ☐ Serving Sentence    ☐ Awaiting Trial
x On Pretrial Release:  Ordered by:  Mag. Judge Swartwood    on

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    X☐ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05    Signature of AUSA:

JS 45  (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ROBERT V. RUSCIO

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 856 | MAINT. PLACE FOR DRUG PURPOSES | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

<u>**Criminal Case Cover Sheet**</u>                                    <u>**U.S. District Court - District of Massachusetts**</u>

**Place of Offense:** __MA__         **Category No.** _____        **Investigating Agency** __DEA/MSP__

**City** __Lynn/Peabody__                **Related Case Information:**

**County**    __Essex__                 Superseding Ind./ Inf.    __X__           Case No.    __04-10299-PBS__
                                        Same Defendant    __x__         New Defendant _____
                                        Magistrate Judge Case Number    __04-m-1685-CBS__
                                        Search Warrant Case Number    __04-m-1720 to 1730__
                                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __GIOVANI AVILA__                    Juvenile    ☐ Yes    ☒ No

Alias Name    _____

Address    _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race:    __Hispanic__    Nationality: _____

**Defense Counsel if known:**    __Michael Natola__             **Address:** __240 Commerical Street, Ste 2B__
                                                                      __Boston, MA 02109__
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  __Neil Gallagher__                    **Bar Number if applicable** _____

**Interpreter:**    ☐ Yes ☒ No        **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes    ☒ No

   ☐ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:**    Ordered by __MJ Swartwood__        on    __May 2004__

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony    __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

**Date:** _3/23/05_        **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    GIOVANI AVILA _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

℅JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** __MA_____    **Category No.** _____    **Investigating Agency** _DEA/MSP_____

**City** _Lynn/Peabody_____    **Related Case Information:**

**County** ___Essex_____    Superseding Ind./ Inf. ___X_____    Case No. ___04-10299-PBS___
                                        Same Defendant ___x_____    New Defendant _____
                                        Magistrate Judge Case Number ___04-m-1685-CBS___
                                        Search Warrant Case Number ___04-m-1720 to 1730___
                                        R 20/R 40 from District of _____

## Defendant Information:

Defendant Name __GILBERTO ZAYAS_____    Juvenile ☐ Yes  ☒ No

Alias Name __Cumbia King, Tony_____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: _Hispanic_____ Nationality: _____

**Defense Counsel if known:** __Raymond E. Gillespie_____    **Address:** _875 Massachusetts Ave, Ste 32_
                                                                          _Cambridge, MA 02139_

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** _Neil Gallagher_____    **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No    List language and/or dialect: __Spanish_____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by _MJ Swartwood_____ on _May 2004___

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony _1 count___

### Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _3/23/05_    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   **GILBERTO ZAYAS** _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

23

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

Place of Offense:  MA                 Category No. _____    Investigating Agency  DEA/MSP

City  Lynn/Peabody                 **Related Case Information:**

County  Essex                  Superseding Ind./ Inf.   X              Case No.   04-10299-PBS
                               Same Defendant     x            New Defendant _____
                               Magistrate Judge Case Number     04-m-1685-CBS
                               Search Warrant Case Number    04-m-1720 to 1730
                               R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  LUIS E. DEJESUS                 Juvenile   ☐ Yes   ☒ No

Alias Name  Edgardo

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex  M  Race:  Hispanic    Nationality: _____

**Defense Counsel if known:**  John W. Laymon       **Address:** 77 Franklin Street, # 3
                                                                 Boston, MA 02110

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher              Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No       List language and/or dialect:   Spanish

Matter to be SEALED:   ☐ Yes  ☒ No

       ☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as   May 2004           in   Wyatt
☐ Already in State Custody _____    ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____    on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** 3/23/05          **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) **Page 2 of 2 or Reverse**

**District Court Case Number** (To be filled in by deputy clerk): _____

Name of Defendant    **LUIS E. DEJESUS** _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

Y%JS 45 (5/97) – (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**       **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __II__      **Investigating Agency** __DEA__

**City** __Lynn__      **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf. __X__    Case No. __04-10299 PBS__
Same Defendant __X__    New Defendant _____
Magistrate Judge Case Number __04-M- 1731CBS__
Search Warrant Case Number __04- M 1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __BENITO GRULLON__      Juvenile:    ☐ Yes    X No

Alias Name __QUICO__

Address _____

Birthdate: _____ SS # _____ Sex: __MALE__ Race: __Hispanic__ Nationalit __Dominican__

**Defense Counsel if known:**    Ron Ian Segal, Esq..      Address 23 Central Ave., Lynn, MA

Bar Number _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__      Bar Number if applicable _____

**Interpreter:**    X Yes    No      List language and/or dialect:    __Spanish__

**Matter to be SEALED:**      Yes   X   No

     Warrant Requested      X Regular Process      In Custody

**Location Status:**

Arrest Date __5/1/04__

X Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ X Felony ___2___

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__      Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   BENITO GRULLON _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | DISTRIBUTION OF COCAINE | 8 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-grulle.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA, CA          **Category No.** _____          **Investigating Agency** DEA/MSP

**City** Lynn _____          **Related Case Information:**

**County** Essex _____

| | | |
|---|---|---|
| Superseding Ind./ Inf. | x | Case No. 04-10299-PBS |
| Same Defendant | | New Defendant X |
| Magistrate Judge Case Number | | |
| Search Warrant Case Number | | |
| R 20/R 40 from District of | | |

**Defendant Information:**

Defendant Name  MARTIN CERNA GARCIA _____          Juvenile  ☐ Yes  ☒ No

Alias Name   "Willy"; "Nephew" _____

Address   11027 Meyers Dr., Cucamnga, CA 91730 _____

Birth date (Year only):  1963  SSN (last 4 #): _____  Sex M  Race:  Hispanic  Nationality:  Mexican

**Defense Counsel if known:** _____          **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher _____          **Bar Number if applicable** _____

Interpreter:  ☒ Yes ☐ No          List language and/or dialect:   Spanish

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    MARTIN CERNA GARCIA _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 KG of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**       **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA__     **Category No.** _____     **Investigating Agency** __DEA/MSP__

**City** __Lynn, MA__      **Related Case Information:**

**County** __Essex__     Superseding Ind./ Inf. __x__     Case No. __04-10299-PBS__
            Same Defendant _____ New Defendant __X__
            Magistrate Judge Case Number _____
            Search Warrant Case Number _____
            R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ROBINSON RUIZ__     Juvenile   ☐ Yes   ☒ No

Alias Name __"Metresa"__

Address __6 Houston Street, Lynn, MA 01905__

Birth date (Year only): __1964__ SSN (last 4 #): __6369__ Sex __M__ Race: __Hispanic__ Nationality: __Dom. Republic__

**Defense Counsel if known:** _____     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher__     **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes ☐ No     **List language and/or dialect:** __Spanish__

**Matter to be SEALED:**   ☒ Yes   ☐ No

    ☒ **Warrant Requested**     ☐ **Regular Process**     ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** __3/23/05__     **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    ROBINSON RUIZ _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA__          **Category No.** _____          **Investigating Agency** __DEA/MSP__

**City** __Lynn, MA__                          **Related Case Information:**

**County** __Essex__          Superseding Ind./ Inf.  __x__                Case No. __04-10299-PBS__
                             Same Defendant _____    New Defendant  X
                             Magistrate Judge Case Number  _____
                             Search Warrant Case Number    _____
                             R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name  __CARLOS RAFAEL ROJAS__          Juvenile  ☐ Yes  ☒ No

Alias Name  __"Chelo"; "Ramon"__

Address  _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex __M__ Race: _____  Nationality: _____

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher__          **Bar Number if applicable** _____

**Interpreter:**  ☒ Yes ☐ No          **List language and/or dialect:** __Spanish__

**Matter to be SEALED:**  ☒ Yes  ☐ No

    ☒ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  __2__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** __3/23/05__          Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    CARLOS RAFAEL ROJAS, a/k/a "Chelo," a/k/a "Ramon"

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2   18 USC 924 | Poss. of a Firearm | Count Seven |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: __MA__                    Category No. _____    Investigating Agency __DEA/MSP__

City __Lynn/Peabody__                    **Related Case Information:**

County    __Essex__                    Superseding Ind./ Inf.  __X__            Case No.  __04-10299-PBS__
                                        Same Defendant _____    New Defendant __X__
                                        Magistrate Judge Case Number    _____
                                        Search Warrant Case Number    _____
                                        R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name  __CARLOS ORLANDO ARGUETA-MACARIO__    Juvenile    ☐ Yes    ☒ No

Alias Name    __"Chaparro"__

Address    __15 Washington Place, Peabody, MA 01960__

Birth date (Year only): __1967__  SSN (last 4 #): __0292__  Sex __M__  Race:    __Hispanic__    Nationality: __Mexican__

**Defense Counsel if known:**    _____        **Address:** _____

**Bar Number:**    _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher__                    **Bar Number if applicable** _____

Interpreter:    ☒ Yes  ☐ No            **List language and/or dialect:**    __Spanish__

Matter to be SEALED:    ☒ Yes    ☐ No

        ☒ **Warrant Requested**            ☐ **Regular Process**            ☐ **In Custody**

**Location Status:**

**Arrest Date:**    _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  Ordered by _____  on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  __3 /23 /05__        Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    CARLOS ORLANDO ARGUETA-MACARIO, a.k.a. "Chaparro" _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: __MA__                Category No. _____     Investigating Agency __DEA/MSP__

City __Lynn, MA__                **Related Case Information:**

County __Essex__                Superseding Ind./ Inf. __x__              Case No. __04-10299-PBS__
                                 Same Defendant _____   New Defendant __X__
                                 Magistrate Judge Case Number   _____
                                 Search Warrant Case Number   _____
                                 R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name __WILLIAM R. HOLMES__              Juvenile  ☐ Yes   ☒ No

Alias Name __"Billy"__

Address __43 Reservoir Drive, Danvers, MA__

Birth date (Year only): __1961__ SSN (last 4 #): __7332__ Sex __M__ Race: _____ Nationality: _____

**Defense Counsel if known:** _____     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__                 Bar Number if applicable _____

Interpreter:  ☐ Yes ☐ No        List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes   ☐ No

        ☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**  ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__          Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    WILLIAM R. HOLMES, a/k/a "Billy"_____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1    21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

30

℘ JS 45 (5/97) - (Revised USAO MA 6/29/04)

<u>Criminal Case Cover Sheet</u>                                    <u>U.S. District Court - District of Massachusetts</u>

**Place of Offense:**  <u>MA</u>          **Category No.** _____    **Investigating Agency** <u>DEA/MSP</u>

**City**  <u>Lynn, MA</u>                      **Related Case Information:**

**County**   <u>Essex</u>                      Superseding Ind./ Inf.   <u>x</u>             Case No.   <u>04-10299-PBS</u>
                                             Same Defendant _____  New Defendant  <u>X</u>
                                             Magistrate Judge Case Number  _____
                                             Search Warrant Case Number   _____
                                             R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  <u>GENE A. ANDERSON</u>                      Juvenile    ☐ Yes   ☒ No

Alias Name  _____

Address   <u>87 Broad Street #1, Lynn, MA</u>

Birth date (Year only):  <u>1970</u>  SSN (last 4 #):  <u>0733</u>  Sex <u>M</u>  Race: _____  Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  <u>Neil Gallagher</u>                      **Bar Number if applicable** _____

Interpreter:    ☐ Yes ☐ No          List language and/or dialect: _____

Matter to be SEALED:    ☒ Yes   ☐ No

        ☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   <u>1</u>

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: 3/23/05          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    <u>GENE A. ANDERSON</u>

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   <u>21 U.S.C. Sec. 846</u> | <u>Conspiracy to Distribute 5 Kg of Cocaine</u> | <u>Count One</u> |
| Set 2  _____ | _____ | _____ |
| Set 3  _____ | _____ | _____ |
| Set 4  _____ | _____ | _____ |
| Set 5  _____ | _____ | _____ |
| Set 6  _____ | _____ | _____ |
| Set 7  _____ | _____ | _____ |
| Set 8  _____ | _____ | _____ |
| Set 9  _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**

# MEMORANDUM

**DATE:** *3-23-05*

**TO:**      Courtroom Clerk for Judge *Saris*

and Magistrate Judge *Swartwood*

**FROM:**   Catherine M. Gawlik, Customer Services Supervisor

**SUBJECT:** Assignment of New Indictment/Information  (Superseding if
checked *✓* )

Please be advised that the following indictment/information returned or
filed on *3-23-05* _____ has been assigned/referred to you.

Criminal No. *04-10299-PBS*__ U.S.A. v. *Maria Escobar, et al*

*✓*   This **INDICTMENT/INFORMATION is SEALED.** The original file and
copies will be maintained under seal until requested or retrieved.

_____   This INDICTMENT/INFORMATION is not sealed.  The original file will be
forwarded to _____ upon completion of case opening.  A copy
of the indictment/information is attached for your information.

**N.B.**   1.   Please check defendant order if this case is superseding.  The defendant order does not,
and WILL NOT, be changed from that in the original case.

**COPY FOR:**

☐   CASE OPENING CLERK                    ☐   PROMIS

☐   DISTRICT JUDGE COURTROOM CLERK        ☐   PRETRIAL SERVICES

☐   MAG. JUDGE COURTROOM CLERK            ☐   COUNTER/PRESS FOLDER

☐   ASSISTANT U.S. ATTORNEY

(Indictment Memo.wpd - 2/99)

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

Check if previously referred

_U.S._

v.

_Maria Escobar, et al_

CA/CR No. _04-10299-PDS_

Criminal Category _II_

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge _Swartwood_ for the following proceedings:

(A)     Referred for full pretrial case management, including all dispositive motions.

(B)     Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)     Referred for discovery purposes only.

(D)     Referred for Report and Recommendation on:

      ( ) Motion(s) for injunctive relief
      ( ) Motion(s) for judgment on the pleadings
      ( ) Motion(s) for summary judgment
      ( ) Motion(s) to permit maintenance of a class action
      ( ) Motion(s) to suppress evidence
      ( ) Motion(s) to dismiss
      ( ) Post Conviction Proceedings[1]
      See Documents Numbered: _____

(E)     Case referred for events only.  See Doc. No(s). _____

(F)     Case referred for settlement.

(G)     Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
      ( ) In accordance with Rule 53, F.R.Civ.P.
      ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)     Special Instructions: _____

_____

_____                          By:  _____
Date                                                                             Deputy Clerk

(Order of Ref to MJ.wpd - 05/2003)

_____

    See reverse side of order for instructions

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 04-10299-PBS |
| v. | ) | |
| | ) | VIOLATIONS: |
| 1. MARIA ESCOBAR, | ) | |
|    a/k/a Luz Luciano, | ) | 21 U.S.C. §§ 846, 841(a)(1), |
|    a/k/a "Chila," | ) | and 841(b)(1)(A)(ii) - |
|    a/k/a "China," | ) | Conspiracy to Distribute |
|    a/k/a "Chinita," | ) | Five Kilograms or More of |
| 2. DANIEL AGUILAR-PASOLES, | ) | Cocaine |
|    a.k.a "Lik," | ) | |
| 3. ROBERTO SOLORIO, | ) | 21 U.S.C. § 856 -Maintaining |
|    a/k/a "Primo," | ) | a Place for the Purpose of |
| 4. RICARDO MANUEL ESTRADA, | ) | Drug Distribution |
| 5. ANDRES MARTINEZ-ACEVEZ, | ) | |
|    a/k/a Samuel Linares, | ) | 21 U.S.C. §§ 841(a)(1) and |
|    a/k/a Castro Casimiro, | ) | 841(b)(1)(C) - Distribution |
|    a/k/a Joel Zequeira, | ) | of Cocaine |
|    a/k/a "Zequeira," | ) | |
|    a/k/a "El Viejo," | ) | 21 U.S.C. §§ 846,841(a)(1) |
| 6. JOSE ROSALES, | ) | and 841(b)(1)(A)(ii) - |
|    a/k/a Tony, | ) | Distribution of Five |
|    a/k/a Toño, | ) | Kilograms or More of Cocaine |
|    a/k/a Joel Agostini, | ) | |
| 7. VALENTIN MARTINEZ, | ) | 18 U.S.C. § 924(c)(1)(A) - |
|    a/k/a Valentin RIVERA, | ) | Possession of a Firearm in |
|    a/k/a "V," | ) | Furtherance of a Drug |
|    a/k/a "Vale," | ) | Trafficking Crime |
| 8. MANUEL GERMOSEN, | ) | |
|    a/k/a Kelvin Madera, | ) | 21 U.S.C. §§ 841(a)(1) and |
|    a/k/a "Manolo," | ) | 841(b)(1)(A)(ii) - |
| 9. ABDALLAH HAMDAN, | ) | Possession With The Intent |
| 10. RICARDO MARTINEZ, | ) | to Distribute Five Kilograms |
|    a/k/a "Chorizo," | ) | or More of Cocaine |
|    a/k/a "Chori," | ) | |
| 11. HOWARD GREENBERG, | ) | 18 U.S.C. § 2 - Aiding and |
| 12. EDGAR HOFFENS, | ) | Abetting |
|    a/k/a Carlos Colon Rivera,) | | |
|    a/k/a "Tigueron," | ) | 21 U.S.C. § 853 - Criminal |
| 13. ROGELIO GARCIA, | ) | Forfeiture Allegation |
|    a/k/a "Lacuilla," | ) | |
|    a/k/a "Lacuiji," | ) | |
|    a/k/a "el Jarocho," | ) | |
|    a/k/a "la Coladera, | ) | |

2

```
        a/k/a "la Lagartija,"      )
14. JAVIER ANGEL ROMERO,          )
        a/k/a Ramon Acosta,        )
        a/k/a "the Singer"         )
15. CHRISTIAN GERMOSEN,            )
16. JUAN MARTINEZ,                 )
        a/k/a Juan Eustate,        )
        a/k/a "Chon,"              )
17. GERARDO VASSEUR ORTIZ,         )
        a/k/a "Scarface,"          )
18. PHILLIP ASARO,                 )
19. SILVESTRE LIZARDI,             )
20. ROBERT V. RUSCIO,              )
21. GIOVANNI AVILA,                )
        a/k/a "Gio,"               )
        a/k/a "the Painter,"       )
22. GILBERTO ZAYAS,                )
        a/k/a "Cumbia King"        )
        a/k/a "Tony,"              )
23. LUIS E. DEJESUS,               )
        a/k/a "Edgardo,"           )
24. BENITO GRULLON,                )
        a/k/a "Quico,"             )
25. MARTIN CERNA-GARCIA,           )
        a/k/a "Willy,"             )
        a/k/a "Nephew"             )
26. ROBINSON RUIZ,                 )
        a/k/a "Metresa"            )
27. CARLOS RAFAEL ROJAS,           )
        a/k/a "Chelo,"             )
        a/k/a "Ramon"              )
28. CARLOS ORLANDO                 )
    ARGUETA-MACARIO,               )
        a/k/a "Chapparo,"          )
29. WILLIAM R. HOLMES              )
        a/k/a "Billy," and         )
30. GENE A. ANDERSON               )
```

Defendants.

SECOND SUPERSEDING INDICTMENT

3

**COUNT ONE:     (21 United States Code Section 846 - Conspiracy
                 to Distribute Five Kilograms or More of
                 Cocaine)**

The Grand Jury charges that:

From an unknown date but at least by in or about January

2001 and continuing until on or about May 1, 2004 at Lynn,

Danvers, Peabody, Salem, and elsewhere in the District of

Massachusetts, at the Bronx and Manhattan in the Southern

District of New York, at Mexico, and elsewhere,

> 1. **MARIA ESCOBAR,**
> a/k/a **Luz Luciano,**
> a/k/a **"Chila,"**
> a/k/a **"China,"**
> a/k/a **"Chinita,"**
> 2. **DANIEL AGUILAR-PASOLES,**
> a.k.a **"Lik,"**
> 3. **ROBERTO SOLORIO,**
> a/k/a **"Primo,"**
> 4. **RICARDO MANUEL ESTRADA,**
> 5. **ANDRES MARTINEZ-ACEVEZ,**
> a/k/a **Samuel Linares,**
> a/k/a **Castro Casimiro,**
> a/k/a **Joel Zequeira,**
> a/k/a **"Zequeira,"**
> a/k/a **"El Viejo,"**
> 6. **JOSE ROSALES,**
> a/k/a **Tony,**
> a/k/a **Toño,**
> a/k/a **Joel Agostini,**
> 7. **VALENTIN MARTINEZ,**
> a/k/a **Valentin RIVERA,**
> a/k/a **"V,"**
> a/k/a **"Vale,"**
> 8. **MANUEL GERMOSEN,**
> a/k/a **Kelvin Madera,**
> a/k/a **"Manolo,"**
> 9. **ABDALLAH HAMDAN,**
> 10. **RICARDO MARTINEZ,**

4

a/k/a "Chorizo,"
a/k/a "Chori,"
11. HOWARD GREENBERG,
12. EDGAR HOFFENS,
a/k/a Carlos Colon Rivera,
a/k/a "Tigueron,"
13. ROGELIO GARCIA,
a/k/a "Lacuilla,"
a/k/a "Lacuiji,"
a/k/a "el Jarocho"
a/k/a "la Coladera"
a/k/a "la Lagartija"
14. JAVIER ANGEL ROMERO,
a/k/a Ramon Acosta,
a/k/a "the Singer"
15. CHRISTIAN GERMOSEN,
16. JUAN MARTINEZ,
a/k/a Juan Eustate,
a/k/a "Chon,"
17. GERARDO VASSEUR ORTIZ,
a/k/a "Scarface,"
18. PHILLIP ASARO,
19. SILVESTRE LIZARDI,
20. ROBERT V. RUSCIO,
21. GIOVANNI AVILA,
a/k/a "Gio,"
a/k/a "the Painter,"
22. GILBERTO ZAYAS,
a/k/a "Cumbia King"
a/k/a "Tony,"
23. LUIS E. DEJESUS,
a/k/a "Edgardo,"
24. BENITO GRULLON,
a/k/a "Quico,"
25. MARTIN CERNA-GARCIA,
a/k/a "Willy,"
a/k/a "Nephew"
26. ROBINSON RUIZ,
a/k/a "Metresa"
27. CARLOS RAFAEL ROJAS,
a/k/a "Chelo,"
a/k/a "Ramon,"
28. CARLOS ORLANDO
ARGUETA-MACARIO,
a/k/a "Chapparo,"

5

**29. WILLIAM R. HOLMES**
**a/k/a "Billy," and**
**30. GENE A. ANDERSON**

defendants herein, did knowingly and intentionally combine,
conspire, confederate, and agree with each other and with other
persons, known and unknown to the Grand Jury, to distribute
cocaine, a Schedule II controlled substance, in violation of
Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy involved at least
five kilograms of a mixture and substance containing a detectable
amount of cocaine, a Schedule II controlled substance.
Accordingly, Title 21, United States Code, Section
841(b)(1)(A)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Sections
846.

6

**COUNT TWO:    (Title 21, United States Code, Section 856(a)(1) - Maintaining a Place for Drug Purposes; Title 18, United States Code, Section 2 - Aiding and Abetting)**

From in or about December 2001 continuing until on or about May 1, 2004, at Salem, and elsewhere in the District of Massachusetts,

**20. ROBERT V. RUSCIO,**

defendant herein, did knowingly and intentionally open, lease, rent, use, and maintain a place, to wit; 62 Rear Jefferson Avenue, Salem, MA, for the purpose of manufacturing, distributing, and using a controlled substance.

All in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

7

**COUNT THREE:    (Title 21, United States Code, Section 841(a)(1) -
                  Distribution of Cocaine; Title 18, United States
                  Code, Section 2 - Aiding and Abetting)**

On or about April 30, 2003, at Saugus, and elsewhere in the

District of Massachusetts,

**6. JOSE ROSALES,
a/k/a Tony,
a/k/a Toño,
a/k/a Joel Agostini,
a/k/a Jose Abreu, and
9.  ABDALLAH HAMDAN,**

defendants herein, did knowingly and intentionally distribute and

cause the distribution of cocaine, a Schedule II controlled

substance.

All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

8

**COUNT FOUR:**    **(Title 21, United States Code, Section 841(a)(1) – Distribution of Cocaine; Title 18, United States Code, Section 2 - Aiding and Abetting)**

On or about May 6, 2003, at Saugus, and elsewhere in the District of Massachusetts,

**6. JOSE ROSALES,**
**a/k/a Tony,**
**a/k/a Toño,**
**a/k/a Joel Agostini,**
**a/k/a Jose Abreu, and**
**9. ABDALLAH HAMDAN,**

defendants herein, did knowingly and intentionally distribute and cause the distribution of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

9

**COUNT FIVE:** **(Title 21, United States Code, Section 841(a)(1) -**
**Distribution of Cocaine; Title 18, United States**
**Code, Section 2 - Aiding and Abetting)**

On or about July 23, 2003, at Saugus, and elsewhere in the
District of Massachusetts,

> **6. JOSE ROSALES,**
> **a/k/a Tony,**
> **a/k/a Toño,**
> **a/k/a Joel Agostini,**
> **a/k/a Jose Abreu, and**
> **9. ABDALLAH HAMDAN,**

defendants herein, did knowingly and intentionally distribute and
cause the distribution of cocaine, a Schedule II controlled
substance.

All in violation of Title 21, United States Code, Section
841(a)(1) and Title 18, United States Code, Section 2.

10

**COUNT SIX:**     **(Title 21, United States Code, Section 841(a)(1) –**
**Distribution of Five Kilograms or More of Cocaine;**
**Title 18, United States Code, Section 2 - Aiding**
**and Abetting)**

On or about July 26, 2003 at Salem, Peabody, Medford, and

elsewhere in the District of Massachusetts,

**7.   VALENTIN MARTINEZ,**
**a/k/a Valentin RIVERA,**
**a/k/a "V,"**
**a/k/a "Vale,"**
**13.   ROGELIO GARCIA,**
**a/k/a "Lacuilla,"**
**a/k/a "Lacuiji,"**
**a/k/a "el Jarocho,"**
**a/k/a "la Coladera,"**
**a/k/a "la Lagartija," and**
**27.   CARLOS RAFAEL ROJAS,**
**a/k/a "Chelo,"**
**a/k/a "Ramon,"**

defendants herein, did knowingly and intentionally distribute and

cause the distribution of cocaine, a Schedule II controlled

substance.

It is further alleged that this offense involved at least

five kilograms of a mixture and substance containing a detectable

amount of cocaine, a Schedule II controlled substance.

Accordingly, Title 21, United States Code, Section

841(b)(1)(A)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

11

**COUNT SEVEN:** **(Title 18, United States Code, Section 924(c) –**
**Possession of a Firearm in Furtherance of a Drug**
**Trafficking Crime; Title 18, United States Code,**
**Section 2 – Aiding and Abetting)**

On or about July 26, 2003 at Salem, Peabody, Medford, and
elsewhere in the District of Massachusetts,

> **7. VALENTIN MARTINEZ,**
> **a/k/a Valentin RIVERA,**
> **a/k/a "V,"**
> **a/k/a "Vale," and**
> **27. CARLOS RAFAEL ROJAS,**
> **a/k/a "Chelo,"**
> **a/k/a "Ramon,"**

defendants herein, did knowingly and intentionally possess a
firearm, to wit: an Uzi 9mm firearm, bearing serial number
SZ28382, in furtherance of a drug trafficking crime, namely,
distribution of cocaine, as alleged in Count Six of the Second
Superseding Indictment charged herein.

All in violation of Title 18, United States Code, Section
924(c)(1)(A).

12

**COUNT EIGHT:**     **(Title 21, United States Code, Section 841(a)(1) – Distribution of Cocaine; Title 18, United States Code, Section 2 – Aiding and Abetting)**

On or about July 30, 2003, at Lynn, and elsewhere in the District of Massachusetts,

**24. BENITO GRULLON,**
**a/k/a "Quico,"**

defendant herein, did knowingly and intentionally distribute and cause the distribution of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

13

**COUNT NINE:** (Title 21, United States Code, Section 841(a)(1) -
Possession With the Intent to Distribute Five
Kilograms or More of Cocaine; Title 18, United
States Code, Section 2 - Aiding and Abetting)

On or about May 1, 2004, at Peabody, Danvers, and

elsewhere in the District of Massachusetts, and elsewhere,

> 1. MARIA ESCOBAR,
> a/k/a Luz Luciano,
> a/k/a "Chila,"
> a/k/a "China,"
> a/k/a "Chinita,"
> 2. DANIEL AGUILAR-PASOLES,
> a.k.a "Lik,"
> 3. ROBERTO SOLORIO,
> a/k/a "Primo,"
> 4. RICARDO MANUEL ESTRADA,
> 5. ANDRES MARTINEZ-ACEVEZ,
> a/k/a Samuel Linares,
> a/k/a Castro Casimiro,
> a/k/a Joel Zequeira,
> a/k/a "Zequeira,"
> a/k/a "El Viejo,"

defendants herein, did knowingly and intentionally possess

with the intent to distribute cocaine, a Schedule II

controlled substance.

It is further alleged that this offense involved at least

five kilograms of a mixture and substance containing a

detectable amount of cocaine, a Schedule II controlled

substance.  Accordingly, Title 21, United States Code, Section

841(b)(1)(A)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

14

## DRUG FORFEITURE ALLEGATION
### (21 U.S.C. §853 -- Criminal Forfeiture)

The Grand Jury further charges that:

1.    As a result of committing one or more of the
offenses alleged in Counts One through Nine of this
Second Superseding Indictment,

> 1. **MARIA ESCOBAR,**
> a/k/a Luz Luciano,
> a/k/a "Chila,"
> a/k/a "China,"
> a/k/a "Chinita,"
> 2. **DANIEL AGUILAR-PASOLES,**
> a.k.a "Lik,"
> 3. **ROBERTO SOLORIO,**
> a/k/a "Primo,"
> 4. **RICARDO MANUEL ESTRADA,**
> 5. **ANDRES MARTINEZ-ACEVEZ,**
> a/k/a Samuel Linares,
> a/k/a Castro Casimiro,
> a/k/a Joel Zequeira,
> a/k/a "Zequeira,"
> a/k/a "El Viejo,"
> 6. **JOSE ROSALES,**
> a/k/a Tony,
> a/k/a Toño,
> a/k/a Joel Agostini,
> 7. **VALENTIN MARTINEZ,**
> a/k/a Valentin RIVERA,
> a/k/a "V,"
> a/k/a "Vale,"
> 8. **MANUEL GERMOSEN,**
> a/k/a Kelvin Madera,
> a/k/a "Manolo,"
> 9. **ABDALLAH HAMDAN,**
> 10. **RICARDO MARTINEZ,**
> a/k/a "Chorizo,"
> a/k/a "Chori,"
> 11. **HOWARD GREENBERG,**
> 12. **EDGAR HOFFENS,**
> a/k/a Carlos Colon Rivera,
> a/k/a "Tigueron,"

15

  13. ROGELIO GARCIA,
   a/k/a "Lacuilla,"
    a/k/a "Lacuiji,"
   a/k/a "el Jarocho"
   a/k/a "la Coladera"
   a/k/a "la Lagartija"
  14. JAVIER ANGEL ROMERO,
   a/k/a Ramon Acosta,
   a/k/a "the Singer"
  15. CHRISTIAN GERMOSEN,
   16. JUAN MARTINEZ,
   a/k/a Juan Eustate,
    a/k/a "Chon,"
  17. GERARDO VASSEUR ORTIZ,
   a/k/a "Scarface,"
   18. PHILLIP ASARO,
   19. SILVESTRE LIZARDI,
   20. ROBERT V. RUSCIO,
   21. GIOVANNI AVILA,
    a/k/a "Gio,"
   a/k/a "the Painter,"
   22. GILBERTO ZAYAS,
   a/k/a "Cumbia King"
    a/k/a "Tony,"
   23. LUIS E. DEJESUS,
   a/k/a "Edgardo,"
   24. BENITO GRULLON,
   a/k/a "Quico,"
  25. MARTIN CERNA-GARCIA,
   a/k/a "Willy,"
   a/k/a "Nephew"
   26. ROBINSON RUIZ,
   a/k/a "Metresa"
  27. CARLOS RAFAEL ROJAS,
   a/k/a "Chelo,"
   a/k/a "Ramon,"
   28. CARLOS ORLANDO
    ARGUETA-MACARIO,
   a/k/a "Chapparo,"
  29. WILLIAM R. HOLMES
   a/k/a "Billy," and
   30. GENE A. ANDERSON

defendants herein, shall forfeit to the United States, pursuant

16

to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the charged offense; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense, including, but not limited to, the following:

- (a) $1,150.00 in United States currency, seized from Giovanni Enrique Avila on or about May 1, 2004;

- (b) $19,000.00 in United States currency, seized from Giovanni's Auto Body, 892 Washington Street, Lynn, Massachusetts, on or about May 1, 2004;

- (c) a 2000 Freightliner Tractor Classic XL, Vehicle Identification No. 1FUPCSEB9YDB42682, and California License No. UP20575, registered in the name of Ricardo Estrada;

- (d) $21,042.00 in U.S. Currency, seized from 29 Hardy Avenue, Newburyport, Massachusetts, on or about May 1, 2004;

- (e) $1,213.00 in U.S. Currency, seized from Silvester Lizardi, on or about May 1, 2004;

- (f) the real property and buildings located at 892-898 Washington Street, Lynn, Massachusetts, which contains a auto body shop commonly known as "Giovanni's European Auto Body," a/k/a "Giovanni's BMW Auto Body", with a Deed recorded at Book 12349, Page 135, of the Southern Essex County Registry of Deeds;

- (g) $6,000 in U.S. Currency, seized from Judith Collado and Ruth Saldivar on or about May 5, 2004;

- (h) $4,360 in U.S. Currency, seized from Valentin Martinez on or about May 1, 2004;

- (i) $25,300 in U.S. Currency, seized from Phillip Asaro on or about May 1, 2004;

17

2. If any of the above-described forfeitable properties, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) have been transferred or sold to, or deposited with, a third party;

(c) have been placed beyond the jurisdiction of the Court;

(d) have been substantially diminished in value; or

(e) have been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable properties, including, but not limited to, the following:

(1) the real property located at 88 Windsor Avenue, Swampscott, Massachusetts, including all buildings, appurtenances, and improvements thereon, with a Deed recorded at Book 23089, Page 204, of the Southern Essex County Registry of Deeds and Land Court Certificate No. 77407; and

(2) the real property located at 7A Buffum Street, Salem, Massachusetts, including all buildings, appurtenances, and improvements thereon, with a Deed recorded at Book 23089, Page 215, of the Southern Essex County Registry of Deeds.

All in violation of Title 21, United States Code, Section 853.

18

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
NEIL J. GALLAGHER
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; March 23, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

11 3o 4pm

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __II__      **Investigating Agency** __DEA__

**City** __Lynn__      **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf. __X__     Case No. __04-10299 PBS__
Same Defendant __x__     New Defendant _____
Magistrate Judge Case Number __M 04-1732-CBS__
Search Warrant Case Number __04-M-1720-1730__
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** __MARIA ESCOBAR__     Juvenile:    ☐ Yes    X No

Alias Name __"Luz Luciano"; "Chila"; "China"; "Chinita"__

Address _____

Birthdate: _____ SS # _____ Sex: __FEM__ Race: __Hispanic__ Nationalit __Guatemala__

**Defense Counsel if known:** __Michael Bourbeau, Esq.__    Address __77 Central Street, Boston, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__     Bar Number if applicable _____

**Interpreter:**   X Yes    No     List language and/or dialect:    __Spanish__

**Matter to be SEALED:**     Yes   X   No

     Warrant Requested      x Regular Process      In Custody

**Location Status:**

Arrest Date __5/01/04__

   Already in Federal Custody as of _____ in _____
☐ Already in State Custody at ————— ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:   Ordered by: __Mag. Judge Swartwood__   on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ———— ☐ Misdemeanor ———— X Felony —2——

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __3/23/05__     Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  MARIA ESCOBAR a/k/a "Luz Luciano"; "Chila"; "China"; "Chinita"

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-ESCOBAR.wpd - 2/7/02

℠JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)                                                           2.

 **Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  DEA

**City**  Lynn                 **Related Case Information:**

**County**  Essex              Superseding Ind./ Inf.  X          Case No.  04-10299 PBS
                               Same Defendant  x          New Defendant
                               Magistrate Judge Case Number  04-1732-CBS
                               Search Warrant Case Number  04-M-1720-1730
                               R 20/R 40 from District of

**Defendant Information:**

**Defendant Name**  DANIEL AGUILAR-PASOLES          Juvenile:  ☐ Yes    X No

**Alias Name**  "LIK"

**Address**

**Birthdate:** _____ **SS #** _____ Sex: MALE Race: Hispanic    Nationalit Mexican

**Defense Counsel if known:**   Benjamin Entine, Esq.    Address 77 Franklin Street, Boston, MA

**Bar Number**                                              617-357-0770

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher          **Bar Number if applicable**

**Interpreter:**   X Yes    No    List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes  X  No

     Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

**Arrest Date**    5/01/04

X Already in Federal Custody as of _____ in  Wyatt Detention, Central Falls, RI
☐ Already in State Custody at _____ ☐ Serving Sentence
☐ On Pretrial Release:   Ordered by: _____ on          ☐ Awaiting Trial

**Charging Document:**     Complaint    ☐ Information          X Indictment

**Total # of Counts:**    ☐ Petty ——    ☐ Misdemeanor ——    X Felony   2

                 Continue on Page 2 for Entry of U.S.C. Citations

     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are**
     **accurately set forth above.**

Date:   3/23/05          Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    DANIEL AGUILAR-PASOLES _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-augilua.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __DEA__

**City** __Lynn__                    **Related Case Information:**

**County** __Essex__                  Superseding Ind./ Inf. __X__          Case No. __04-10299 PBS__
                                       Same Defendant __x__          New Defendant _____
                                       Magistrate Judge Case Number __M 04-1732-CBS__
                                       Search Warrant Case Number __04-M-1720 to 1730__
                                       R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ROBERTO SOLORIO__                    Juvenile:    ☐ Yes    X No

Alias Name __"Primo"__

Address _____

Birthdate: _____ SS # _____ Sex: __MALE__ Race: __Hispanic__ Nationalit __Mexican__

**Defense Counsel if known:** __Syrie Fried, Esq.__          Address __Federal Defender__

Bar Number _____                        __617-223-8061__

**U.S. Attorney Information:**

AUSA __Neil Gallagher.__                    Bar Number if applicable _____

**Interpreter:**    X Yes    No        List language and/or dialect:        __Spanish__

**Matter to be SEALED:**        Yes X    No

       Warrant Requested        X☐ Regular Process        In Custody

**Location Status:**

Arrest Date __5/01/04__

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody at ———————— ☐ Serving Sentence    ☐ Awaiting Trial

X On Pretrial Release:    Ordered by: __Mag. Judge Swartwood__    on _____

**Charging Document:**        Complaint        ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X Felony ——2——

Continue on Page 2 for Entry of U.S.C. Citations

       I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

Date: __3/23/05__        Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ROBERTO SOLORIO, a/k/a "Primo"

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45-solorio.wpd - 2/7/02