# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                  WARRANT FOR ARREST

Case Number: 04-10299-PBS

ROBINSON RUIZ
a/k/a "Metresa"

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Robinson Ruiz, a/k/a "Metresa"**
                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X INDICTMENT  ☐ INFORMATION  ☐ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

Conspiracy to Distribute 5 kg of Cocaine

in violation of Title  21  United States Code, Section(s)  846

_____          _Supervisor_____
Name of Issuing Officer                                            Title of Issuing Officer

_____          March 23, 2005   Boston, MA
Signature of Issuing Officer                                     Date and Location

Bail fixed at $ _____                    BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 3/30/05 | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Robinson Ruiz

ALIAS: a/k/a "Metresa"

LAST KNOWN RESIDENCE: 6 Houston Street, Lynn, MA 01905

LAST KNOWN EMPLOYMENT: 

PLACE OF BIRTH: 

DATE OF BIRTH: 1964

SOCIAL SECURITY NUMBER: 6369

HEIGHT: _____ WEIGHT: _____

SEX: Male          RACE: Hispanic

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: 

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO: 

INVESTIGATIVE AGENCY AND ADDRESS: Drug Enforcement Admin., 15 New Sudbury Street, Boston, MA