UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10299-PBS

v.

ROBINSON RUIZ

## NOTICE OF RULE 11 HEARING

SARIS, U.S.D.J.                                                                                          November 10, 2005

      TAKE NOTICE that the above-entitled case has been set for a Rule 11 Hearing on **December 1, 2005**, at **3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

By the Court,

  /s/ Robert C. Alba  
Deputy Clerk

Copies to:  All Counsel