UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CRIM. No. 1:04-cr-10299 |
| ) | |
| ROBINSON RUIZ ) | |

## MOTION TO WITHDRAW

Counsel moves to withdraw from representation of the defendant, Robinson Ruiz.

The Defendant is presently in default and a warrant has been issued for his arrest.

                                                            Respectfully submitted,

                                                            _____/s/Hank Brennan
                                                             Hank Brennan
                                                            BBO # 634036
                                                            20 Park Plaza
                                                            Suite 1405
                                                            Boston, MA 02109
                                                            (617) 201-5977

Dated: April 10, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v    )<br>)<br>ROBINSON RUIZ    )<br>_____ ) | CRIM. No. 1:04-cr-10299 |

### AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW

1. My name is Henry B. Brennan;
2. I am an attorney admitted to the Massachusetts Bar and the Massachusetts Federal District Court;
3. My office is located at 20 Park Plaza, Suite 1405 in Boston, Massachusetts;
4. Currently, the defendant, Robinson Ruiz, has a default warrant issued against him;
5. One of the defendant's pre-trial conditions is to maintain contact with Counsel and agents of the U.S. Attorney's Office;
6. The Defendant failed to appear for a scheduled meeting between counsel, Defendant, and representative from the U.S. Attorney's Office;
7. Counsel informed A.U.S.A. about counsel's lack of knowledge regarding the Defendant's failure to appear;
8. Subsequently, the Government sought and obtained an arrest warrant for the Defendant;
9. Defendant failed to report weekly with counsel;
10. Counsel also represented the Defendant on a related matter in Essex County;
11. Counsel appeared on behalf of the Defendant in the Lynn District Court on March 29, 2006;
12. The Defendant did not appear and a default warrant was entered against him.

/s/Hank Brennan
Hank Brennan
20 Park Plaza, Suite 1405
Boston, MA 02109