AO 442   (Rev. 5/93) Warrant for Arrest                           AD# 996827

# UNITED STATES DISTRICT COURT

District of _____

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | |
| ROBINSON RUIZ | Case Number: 04-CR-10299-PBS |

FILED IN CLERKS OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ROBINSON RUIZ_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  X Violation  ☐ Probation Violation Petition

charging him or her   (brief description of offense)

Violation of Conditions or Pretrial Release.

in violation of _____ United States Code, Section(s) _____

Saris, D.J. by Robert C. Alba              Deputy Clerk
Name of Issuing Officer                     Title of Issuing Officer

/s/ Robert C. Alba                          March 17, 2006, at Boston, MA
Signature of Issuing Officer                Date and Location

Bail fixed at $ _____    by _____
                                        Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant
WARRANT EXECUTED WITH THE ARREST/ARRAIGNMENT OF THE DEFENDANT ON 12/12/07

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |